UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST - CIVIL

```
☒ FILED     ___ LODGED
___ RECEIVED ___ COPY

APR 2 5 2007

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

/___/ Preliminary Injunction      /___/ TRO      /___/ Non-Jury Trial      / XX / Jury Trial

CASE NR. CIV- 02-1954-PHX-MHM      JUDGE CODE: 7027      DATE: 04/10/2007

Merchant Transactions Systems, Inc.   vs   Nelcela, Inc. et al., and Related Counterclaims, Cross-Claims, and Third-Party Claims
/ XX / PLAINTIFF / PETITIONER (Lexcel, MTSI, and POST Parties)      /___/ DEFENDANT / RESPONDENT

| NAME | P/I | DATE SWORN | DATE APPEARED |
|---|---|---|---|
| Alec Dollarhide | P | 4/13/07 | 4/13/07, 4/17/07, 4/18/07 |
| William Flynn | P | 4/20/07 | 4/20/07 |
| Mary Gerdts | P | 4/20/07 | 4/20/07 |
| Carl Kubitz | P | 4/11/07 | 4/11/07, 4/12/07, 4/13/07 |
| Anton Litchfield | P | 4/20/07 | 4/20/07 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Rev. 3/26/98