△ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 5 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

### EXHIBIT LIST - CIVIL

/__/ Preliminary Injunction  /__/ TRO  /__/ Non-Jury Trial  /XX/ Jury Trial

CASE NR. CIV 02-1954-PHX-MHM            JUDGE CODE:

DATE:    April 10, 2007

*Merchant Transaction Systems, Inc. v. Nelcela, Inc., et al.*
And Related Counterclaims, Cross-Claims, and Third Party Claims

/__/ Plaintiff/Petitioner            /X/ Defendant/Respondent (Nelcela Parties)

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 650 | | | Hearing Transcript from the Temporary Restraining Order Hearing in state court, day one (May 29, 2001) |
| 651 | | | Hearing Transcript from the Temporary Restraining Order Hearing in state court, day two (June 4, 2001) |
| 652 | | | Deposition Transcript of Mary Gerdts (Volume I) dated April 20, 2005 |
| 653 | | | Deposition Transcript of Mary Gerdts (Volume II) dated October 19, 2005 |
| 654 | | | Deposition transcript of Ramana Malladi dated September 7, 2005 |
| 655 | | | Deposition transcript of Douglas McKinney dated April 28, 2005 |
| 656 | | | Deposition transcript of Gene Clothier (from the state court action) dated December 13, 2004 |
| 657 | | | Deposition transcript of Gene Clothier (federal, Volume I) datedApril 25, 2005 |

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 658 | | | Deposition transcript of Gene Clothier (federal, Volume II) dated September 27, 2005 |
| 659 | | | Deposition transcript of Danielle Huffman (from the state court action, Volume I) dated December 13, 2004 |
| 660 | | | Deposition transcript of Danielle Huffman (from the state court action, Volume II) dated October 17, 2005 |
| 661 | | | Deposition transcript of Danielle Huffman (federal, Volume I) dated September 28, 2005 |
| 662 | | | Deposition transcript of Danielle Huffman (federal, Volume II) dated October 17, 2005 |
| 663 | | | Deposition transcript of Charles Anderson |
| 664 | | 4/10/07 (by stip) | January 2006 "Settlement Agreement and Release" by the Joint Parties |
| 665 | | | Addendum/Amendment/Supplement to Joint Parties' Settlement Agreement dated 2006 |
| 666 | | WITHDRAWN | January 27, 2006 letter to Rick Halloran from Veronica Manolio requesting additional information from Post's expert, Robert Zeidman, used in his analysis |
| 667 | | WITHDRAWN | November 28, 2006 letter from Kimberly Demarchi regarding use of expert witness Kevin Faulkner |
| 668 | | WITHDRAWN | November 29, 2006 response letter by Veronica Manolio to Kimberly Demarchi regarding use of Kevin Faulkner and availability of deposition(s) |
| 669 | | WITHDRAWN | December 7, 2006 letter from Richard Halloran regarding depositions/experts |

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 670 | | WITHDRAWN | December 11, 2006 response letter from Veronica Manolio to Richard Halloran regarding depositions/experts |
| 671 | | WITHDRAWN | December 13, 2006 email from Richard Halloran with attached proposed Stipulation |
| 672 | | WITHDRAWN | December 13, 2006 response email from Veronica Manolio to Richard Halloran regarding proposed Stipulation |
| 673 | | WITHDRAWN | Any deposition of any party in this case, taken in this matter, that may have inadvertently been overlooked or inadvertently not included prior, including exhibits thereto |
| 674 | | WITHDRAWN | Post Integrations' disclosed Source Code (approximately CDs) |
| 675 | | 4/23/07 | Original Lexcel floppy disks from 1994/1995 (3 floppies) |
| 676 | | | Lexcel, Inc.'s disclosed Source Code (several CDs) |
| 677 | | WITHDRAWN | MTSI's disclosed Source Code (approximately two CDs) |
| 678 | | | Nelcela's disclosed Source Code (several CDs) |
| 679 | | | "Comparison of Exhibit 307" Report by Kevin Faulkner dated January 6, 2006, including back-up documentation |
| 680 | | | Addendum Report of Kevin Faulkner of Protiviti dated from November 6, 2006 (in response to both the "Addendum Report" and the "Redline Report" by Robert Zeidman |
| 681 | | 4/18/07 | Visa Regulations (Bates Stamped NEL06542-NEL06704) |

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 682 | | | Deposition Transcript of Flora "Pete" Kubitz (Bates Stamped NEL06959-NEL07080) |
| 683 | | | Deposition Transcript of Carl Kubitz (Bates Stamped NEL06825-NEL06958) |
| 684 | | | Lexcel Message re: PC Switch (Bates Stamped LSI00601) |
| 685 – end | | | Demonstrative Exhibit(s), which may be used at trial but cannot presently be defined (*See*, "Exhibits" portion of Joint Pretrial Order and agreement of parties.) |

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 535(b) | | 4/12/07 | Bate stamp copy of Ex. 535 |
| 574(b) | | 4/13/07 | Photo copy of original disc |
| 509(a) | | 4/17/07 | Color copy of similarities in the authorization code |
| 686 | | 4/17/07 | Ltr from Visa - 12/17/96 |
| 687 | 4/19/07 | 4/19/07 | Ltr dated 3/31/99 to CCS w/ searched |
| 621 | 4/18/07 | 4/20/07 | Directory listing of ex. 575 |
| 688 | | 4/20/07 | Directory listing of ex. 574 |