**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Merchant Transaction Systems, Inc.**, | No. CV 02-1954-PHX-MHM |
| Plaintiff, | |
| vs. | **ORDER** |
| **Nelcela, Inc.**, an Arizona Corporation; **Len Campagna**, an Arizona Resident; **Alec Dollarhide**, an Arizona Resident; **Ebocom, Inc.**, a Delaware Corporation; **POST Integrations, Inc.,** an Illinois Corporation, et al., | |
| Defendants. | |
| And Related Counterclaims, Cross-Claims, and Third-Party Claims**.** | |

Having reviewed the parties' stipulated Motion to Extend Trial Date, Deadline to Submit Jury Materials, and to Schedule Pretrial Conference (Dkt. #701), and good cause appearing,

**IT IS HEREBY ORDERED** extending the parties' deadline for filing revised proposed jury instructions and proposed verdict form, both joint to the extent possible, to Monday, August 10, 2009 at 10:30 a.m.

**IT IS FURTHER ORDERED** directing the parties to file a revised proposed statement of the case, joint to the extent possible, no later than Monday, August 10, 2009 at 10:30 a.m.

2077915.1

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** directing the parties to submit to the Court a joint |
| 2 | statement, no longer than three pages, on the effect of the dismissal of the Lexcel Parties' |
| 3 | claims on the remaining parties' claims, specifically for purposes of the trial, no later than |
| 4 | Monday, August 10, 2009 at 10:30 a.m. |
| 5 | **IT IS FURTHER ORDERED** re-setting the Phase II trial in this matter to begin |
| 6 | on August 12, 2009 at 9:00 a.m. |
| 7 | **IT IS FURTHER ORDERED** scheduling a pretrial conference on August 11, |
| 8 | 2009 at 10:30 a.m. All trial counsel, including counsel for the Lexcel Parties, must be |
| 9 | present. |

DATED this 7th day of August, 2009.

_____
Mary H. Murguia
United States District Judge