FILED ☒   LODGED ___
RECEIVED ___   COPY ___

AUG 2 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merchant Transaction Systems, Inc., | No. CV 02-1954-PHX-MHM |
| Plaintiff, | **VERDICT** |
| vs. | |
| Nelcela, Inc., et al., | |
| Defendants. | |
| And Related Counterclaims, Cross-Claims, and Third-Party Claims. | |

1

## **VERDICT FORM**

You, the jury, are to answer the following questions based on the evidence admitted at trial and according to the instructions the court has given you. Start with Question No. 1 and proceed through the questions following the directions included in this Verdict Form.

When answering the questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the Jury, duly empanelled and sworn in the above-entitled action, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

*Question No.1 (Claims by MTSI)*

This page explains how you will fill out the table on pages six, seven, and eight.

<u>Liability</u>

MTSI has asserted two claims against Nelcela: (a) Breach of Contract and (b) Breach of the Covenant of Good Faith and Fair Dealing.

In addition, MTSI has asserted three claims against Alec Dollarhide: (c) Breach of Contract; (d) Breach of the Covenant of Good Faith and Fair Dealing; and (e) Breach of the Employee's Duty of Loyalty.

MTSI has also asserted one claim against both Nelcela and Len Campagna: (f) Joint and Several Liability for Dollarhide's Breach of the Employee's Duty of Loyalty.

Finally, MTSI has asserted five claims against Nelcela, Len Campagna and Alec Dollarhide: (g) Unjust Enrichment; (h) Unfair Competition; (i) Intentional Interference with Economic Relations; (j) Conversion; and (k) Misappropriation of Trade Secrets.

Considering each of the above claims separately, has MTSI proved, by the required standard of proof, that the defendant or defendants are liable to MTSI? If you answer yes as to any of MTSI's claims, which are identified in the left-hand column on the next two pages, check the boxes marked "Yes" under each defendant or defendants that you find liable to MTSI. Otherwise, check "No."

If you checked "Yes" on the Unfair Competition claim, you must, in accordance with the Court's instructions, also determine whether the conduct of each defendant was or was not intentional.

If you checked "Yes" on the Unfair Competition, Intentional Interference with Economic Relations, Conversion, or Misappropriation of Trade Secrets claims, you must, in accordance with the Court's instructions, also determine whether each defendant you have found liable is or is not jointly liable (as defined in the Court's instructions) with the other defendants. Accordingly, as to each defendant you find liable on these claims, check the box next to the other defendant or defendants with whom you find that defendant jointly liable. If you find that any defendant is liable, but not jointly liable with either of the other two defendants, you must indicate that defendant's percentage of fault in the space provided. The percentage of fault for each claim must total 100%.

Damages

If you checked "Yes" on any claim, you must enter the amount of damages you award to MTSI on that claim.

If you checked "Yes on the Breach of Employee's Duty of Loyalty, Intentional Interference with Economic Relations, or Conversion claims, you must also determine, in accordance with the Court's instructions, whether to award punitive damages to MTSI. If you determine to award punitive damages, you must enter the amount of damages you award to MTSI.

| | MTSI's Claims | | | |
|---|---|---|---|---|
| | **Claim** | **Against Nelcela** | | |
| a. | Breach of Contract | Yes ☐ No ☒ | | |
| | Compensatory Damages: $ _____ | | | |
| | | **Against Nelcela** | | |
| b. | Breach of Covenant of Good Faith and Fair Dealing | Yes ☐ No ☒ | | |
| | Compensatory Damages: $ _____ | | | |
| | | | | **Against Dollarhide** |
| c. | Breach of Contract | | | Yes ☒ No ☐ |
| | Compensatory Damages: $ 90,400 | | | |
| | | | | **Against Dollarhide** |
| d. | Breach of Covenant of Good Faith and Fair Dealing | | | Yes ☐ No ☒ |
| | Compensatory Damages: $ _____ | | | |
| | | | | **Against Dollarhide** |
| e. | Breach of Employee's Duty of Loyalty | | | Yes ☒ No ☐ |
| | Compensatory Damages: $ 455,400 | | | |
| | Punitive Damages: $ 0 | | | |
| | | **Against Nelcela** | **Against Campagna** | |
| f. | Joint And Several Liability For Dollarhide's Breach of Employee's Duty of Loyalty | Yes ☒ No ☐ | Yes ☒ No ☐ | |
| | | **Against Nelcela** | **Against Campagna** | **Against Dollarhide** |
| g. | Unjust Enrichment | Yes ☐ No ☒ | Yes ☐ No ☒ | Yes ☒ No ☐ |
| | Compensatory Damages: $ 90,400 | | | |

6

|   |   | Against Nelcela | Against Campagna | Against Dollarhide |
|---|---|---|---|---|
| h. | **Unfair Competition** | Yes ☒ No ☐<br><br>If "Yes," was the unfair competition intentional:<br>Yes ☒ No ☐ | Yes ☒ No ☐<br><br>If "Yes," was the unfair competition intentional:<br>Yes ☒ No ☐ | Yes ☒ No ☐<br><br>If "Yes," was the unfair competition intentional:<br>Yes ☒ No ☐ |
| | Compensatory Damages:<br>$ 0 | Jointly liable with:<br>Campagna ☒<br>Dollarhide ☒<br><br>If Nelcela is not jointly liable, enter Nelcela's percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☒<br>Dollarhide ☒<br><br>If Campagna is not jointly liable, enter his percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☒<br>Campagna ☒<br><br>If Dollarhide is not jointly liable, enter his percentage of fault:<br>_____ % |
|   |   | Against Nelcela | Against Campagna | Against Dollarhide |
| i. | **Intentional Interference With Economic Relations** | Yes ☐ No ☒ | Yes ☐ No ☒ | Yes ☐ No ☒ |
| | Compensatory Damages:<br>$ _____<br><br>Punitive Damages:<br>$ _____ | Jointly liable with:<br>Campagna ☐<br>Dollarhide ☐<br><br>If Nelcela is not jointly liable, enter Nelcela's percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☐<br>Dollarhide ☐<br><br>If Campagna is not jointly liable, enter his percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☐<br>Campagna ☐<br><br>If Dollarhide is not jointly liable, enter his percentage of fault:<br>_____ % |
|   |   | Against Nelcela | Against Campagna | Against Dollarhide |
| j. | **Conversion** | Yes ☒ No ☐ | Yes ☒ No ☐ | Yes ☒ No ☐ |
| | Compensatory Damages:<br>$ 750,000<br><br>Punitive Damages:<br>$ 0 | Jointly liable with:<br>Campagna ☒<br>Dollarhide ☒<br><br>If Nelcela is not jointly liable, enter Nelcela's percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☒<br>Dollarhide ☒<br><br>If Campagna is not jointly liable, enter his percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☒<br>Campagna ☒<br><br>If Dollarhide is not jointly liable, enter his percentage of fault:<br>_____ % |

|  |  | **Against Nelcela** | **Against Campagna** | **Against Dollarhide** |
|---|---|---|---|---|
| k. | Misappropriation of Trade Secrets | Yes ☒ No ☐<br><br>If "Yes," was the misappropriation of trade secrets willful and malicious:<br>Yes ☒ No ☐ | Yes ☒ No ☐<br><br>If "Yes," was the misappropriation of trade secrets willful and malicious:<br>Yes ☒ No ☐ | Yes ☒ No ☐<br><br>If "Yes," was the misappropriation of trade secrets willful and malicious:<br>Yes ☒ No ☐ |
|  | Compensatory Damages:<br>$ 155,400 | Jointly liable with:<br>Campagna ☒<br>Dollarhide ☒<br><br>If Nelcela is not jointly liable, enter Nelcela's percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☒<br>Dollarhide ☒<br><br>If Campagna is not jointly liable, enter his percentage of fault:<br>_____ % | Jointly liable with:<br>Nelcela ☒<br>Campagna ☒<br><br>If Dollarhide is not jointly liable, enter his percentage of fault:<br>_____ % |

*Question No. 2 (Claims by the POST Parties)*

This page explains how you will fill out the table on the next page.

Liability

The Post Parties have asserted three claims against Nelcela: (a) Breach of Contract; (b) Unjust Enrichment; and (c) Breach of Warranty.

The Post Parties have also asserted three claims against Nelcela, Len Campagna, and Alec Dollarhide: (d) Fraud; (e) Consumer Fraud; and (f) Negligent Misrepresentation.

Considering each of the above-mentioned claims separately, have the Post Parties proved, by the required standard of proof, that the defendant or defendants are liable to the Post Parties on those claims? If you answer yes as to any of the POST Parties' claims, which are identified in the left-hand column of the next page, check the boxes marked "Yes" under each defendant or defendants that you find liable to the POST Parties. Otherwise, check "No."

If you checked "Yes" on the fraud or consumer fraud claims, you must, in accordance with the Court's instructions, also determine whether each defendant you have found liable is or is not jointly liable with the other defendants. Accordingly, as to each defendant that you find liable on the POST Parties' fraud or consumer fraud claims, check the box next to the other defendant or defendants with whom you find that defendant jointly liable. If you find that any defendant is liable, but not jointly liable with either of the other two defendants, you must indicate that defendant's percentage of fault in the space provided. The percentage of fault for each claim must total 100%.

If you checked "Yes" on the negligent misrepresentation claim, you must, in accordance with the Court's instructions, apportion fault among the defendants you find liable.

Damages

If you checked "Yes" on any claim, you must enter the amount of damages you award to the Post Parties on that claim.

| POST Parties' Claims |||||
|---|---|---|---|---|
| | Claims | Against Nelcela | | |
| a. | Breach of Contract | Yes ☒ No ☐ | | |
| | Damages: $ 3,145,797 | | | |
| | | Against Nelcela | | |
| b. | Unjust Enrichment | Yes ☒ No ☐ | | |
| | Damages: $ 556,650 | | | |
| | | Against Nelcela | | |
| c. | Breach of Warranty | Yes ☒ No ☐ | | |
| | Damages: $ 550,000 | | | |
| | | Against Nelcela | Against Campagna | Against Dollarhide |
| d. | Fraud | Yes ☒ No ☐ | Yes ☒ No ☐ | Yes ☒ No ☐ |
| | Damages: $ 3,145,797 | Jointly liable with: Campagna ☒ Dollarhide ☒<br><br>If Nelcela is not jointly liable, enter Nelcela's percentage of fault: ____ % | Jointly liable with: Nelcela ☒ Dollarhide ☒<br><br>If Campagna is not jointly liable, enter his percentage of fault: ____ % | Jointly liable with: Nelcela ☒ Campagna ☒<br><br>If Dollarhide is not jointly liable, enter his percentage of fault: ____ % |
| | | Against Nelcela | Against Campagna | Against Dollarhide |
| e. | Consumer Fraud | Yes ☒ No ☐ | Yes ☒ No ☐ | Yes ☒ No ☐ |
| | Damages: $ 3,145,797 | Jointly liable with: Campagna ☒ Dollarhide ☒<br><br>If Nelcela is not jointly liable, enter Nelcela's percentage of fault: ____ % | Jointly liable with: Nelcela ☒ Dollarhide ☒<br><br>If Campagna is not jointly liable, enter his percentage of fault: ____ % | Jointly liable with: Nelcela ☒ Campagna ☒<br><br>If Dollarhide is not jointly liable, enter his percentage of fault: ____ % |
| | | Against Nelcela | Against Campagna | Against Dollarhide |
| f. | Negligent Misrepresentation | Yes ☒ No ☐ | Yes ☒ No ☐ | Yes ☒ No ☐ |
| | Damages: $ 3,145,797 | If yes, enter Nelcela's percentage of fault: 33.33 % | If Yes, enter Campagna's percentage of fault: 33.33 % | If Yes, enter Dollarhide's percentage of fault: 33.33 % |

*Question No. 3 (Claims by the Nelcela Parties)*

    This page explains how you will fill out the table on the next page.

Liability

    The Nelcela Parties have asserted three claims against POST Integrations and Ebocom : (a) Breach of Contract; (b) Breach of the Covenant of Good Faith and Fair Dealing; and (c) Unjust Enrichment.

    Considering the claims separately, have the Nelcela Parties proved, by the required standard of proof, that Post Integrations and Ebocom are liable to the Nelcela Parties? If you answer yes as to any of the Nelcela Parties' claims, which are identified in the left-hand column of the next page, check the boxes marked "Yes." Otherwise, check "No."

Damages

    If you checked "Yes" on any claim, you must enter the amount of damages you award to the Nelcela Parties on that claim.

| Nelcela's Claims | | |
|---|---|---|
| | Claim | POST Integrations and Ebocom |
| a. | Breach of Contract | Yes ☒ No ☐ |
| | Damages: $ 147,569 | |
| b. | Breach of Covenant of Good Faith and Fair Dealing | Yes ☒ No ☐ |
| | Damages: $ 147,569 | |
| c. | Unjust Enrichment | Yes ☐ No ☒ |
| | Damages: $ _____ | |

You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below.

_____Juror #1_____   \_\_8/28/09\_\_
Foreperson's                                Date
Signature & Jury Number