**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merchant Transaction Systems, Inc., | No. CV 02-1954-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Nelcela, Inc., et al., | |
| Defendants. | |

We have before us plaintiff's petition for a writ of execution in the form of a charging order against the interest of Leonard Campagna and/or Helga Terry Campagna in KLACADO, LLC and order to show cause (doc. 961). We also have before us the Report and Recommendation, recommending that the motion be granted in part by issuing a charging order and denied as to all other requested relief as unnecessary (doc. 974).

Judgment creditors POST Integrations, Inc., Ebocom, LLC, and Merchant Transaction Systems, Inc. seek a charging order against the interest of defendants Leonard Campagna and Helga Terry Campagna in KLACDO, LLC (doc. 961). No objections have been filed to the Report and Recommendation. "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Rule 72(b)(3), Fed. R. Civ. P. When no objections are made, the district court may accept the recommendation without review. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003); Schmidt

v. Johnstone, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003). We therefore adopt the recommendation.

**IT IS ORDERED GRANTING** plaintiff's motion for a charging order against the interest of defendant/judgment debtor Leonard Campagna and judgment debtor Helga Terry Campagna in the Arizona limited liability company registered as KLCADO, LLC (doc. 961).

**IT IS FURTHER ORDERED DENYING** all other requested relief as unnecessary.

DATED this 5th day of October, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge